# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Harold Edward McDaniel,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cv-547-RJC
(3:05-cr-388)

DECISION BY COURT.  This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2010 Order.

Signed: August 23, 2010

_____
Frank G. Johns, Clerk
United States District Court